**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 8, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00312-CV

---

### IN RE MASSAGE HEIGHTS FRANCHISING, LLC, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-02795**

---

## MEMORANDUM OPINION

On June 7, 2021, relator Massage Heights Franchising, LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Lauren Reeder, presiding judge of the 234th District Court of Harris County, to set aside her May 6, 2012 order as modified by the June 15, 2021 nunc pro tunc order.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's motion to stay and dismiss relator's motion to seal as moot.

PER CURIAM

Panel consists of Justices Bourliot, Poissant, and Wilson.